Elijah L. Milne
Bar No. 13196
DENTONS DURHAM JONES PINEGAR P.C.
1180 N. Town Center Drive, Ste. 200
Las Vegas, NV 89144
(702) 988-3030
(702) 988-3029 fax
eli.milne@dentons.com
*Attorneys for Petitioner*
63520.001

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANKLIN MARTIN, EUGENE SAK, and SAK CAPITAL PARTNERS LLC,<br><br>Petitioners,<br><br>vs.<br><br>ROSS FIUZI,<br><br>Respondent. | Case No. 2:25-cv-02186<br><br>**ORDER RE: EX PARTE MOTION FOR ALTERNATIVE SERVICE**<br><br>District Judge James C. Mahan<br>Magistrate Judge Daniel J. Albregts |

Upon consideration of Petitioners Franklin Martin, Eugene Sak, and Sak Capital Partners LLC's (collectively, "Petitioners") Ex Parte Motion for Alternative Service (the "*Motion*") and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER HEREBY ORDERED that:

1. Petitioners are authorized to serve Defendant Ross Fiuzi by **BOTH** of the following alternative means:

    a. By mailing a copy of the Verified Petition to Confirm Arbitration Award, Civil Cover Sheet, and Rule 7.1 Disclosure Statement and Certificate of Interested Parties, and this Order, to Ross Fiuzi, via certified mail, at 9209 Sunnyfield Dr., Las Vegas, NV 89134. Service by this means shall be complete seven days after the date of mailing.

      b.    By publishing the following notice in the Nevada Legal News, a newspaper of general circulation, at least once a week for a period of four weeks:

      i.    NOTICE: A VERIFIED PETITION TO CONFIRM ARBITRATION AWARD INVOLVING YOU HAS BEEN FILED. To: Ross Fiuzi, 9209 Sunnyfield Dr., Las Vegas, NV 89134. A Verified Petition to Confirm Arbitration Award has been filed in the involving you in the United States District Court for the District of Nevada, Case No. 2:25-cv-02186. The Verified Petition and related documents are on file with the Court, and a copy can be obtained by contacting the court clerk, or the other party's attorney: Eli Milne, Dentons Durham Jones Pinegar P.C., 1180 N. Town Center Drive, Ste. 200, Las Vegas, NV 89144.

Service by this means shall be complete on the date of the fourth publication of the foregoing notice.

Signed   1/7/2026  .

BY THE COURT:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE