Elijah L. Milne
Bar No. 13196
DENTONS DURHAM JONES PINEGAR P.C.
1180 N. Town Center Drive, Ste. 200
Las Vegas, NV 89144
(702) 988-3030
(702) 988-3029 fax
eli.milne@dentons.com
*Attorneys for Petitioner*
63520.001

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANKLIN MARTIN, EUGENE SAK, and SAK CAPITAL PARTNERS LLC,<br><br>Petitioners,<br><br>vs.<br><br>ROSS FIUZI,<br><br>Respondent. | Case No. 2:25-cv-02186<br><br>**ORDER RE: MOTION FOR EXTENSION OF TIME FOR SERVICE**<br><br>District Judge James C. Mahan<br>Magistrate Judge Daniel J. Albregts |

Upon consideration of Petitioners Franklin Martin, Eugene Sak, and Sak Capital Partners LLC's (collectively, "Petitioners") Motion for Extension of Time for Service (the "*Motion*") and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion (ECF No. 9) is GRANTED.

IT IS FURTHER HEREBY ORDERED that:

1. The time for Petitioners to personally serve the Verified Petition to Confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Certificate of Interested Parties, and Motion for Order Granting Petition and Entry of Judgment (collectively, the "Documents") on Fiuzi, is extended to July 1, 2026.

2.   Should personal service of the Documents prove unsuccessful, Petitioners have until July 1, 2026, to file a motion for alternative service with the Court.

DATED: 6/25/2026

BY THE COURT:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE