Elijah L. Milne
Bar No. 13196
DENTONS DURHAM JONES PINEGAR P.C.
1180 N. Town Center Drive, Ste. 200
Las Vegas, NV 89144
(702) 988-3030
(702) 988-3029 fax
eli.milne@dentons.com
*Attorneys for Petitioner*
63520.001

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FRANKLIN MARTIN, EUGENE SAK, and
SAK CAPITAL PARTNERS LLC,

        Petitioners,

       vs.

ROSS FIUZI,

        Respondent.

Case No. 2:25-cv-02186

**ORDER RE: MOTION FOR
ALTERNATIVE SERVICE**

District Judge James C. Mahan
Magistrate Judge Daniel J. Albregts

AS AMENDED

Upon consideration of Petitioners Franklin Martin, Eugene Sak, and Sak Capital Partners LLC's (collectively, "Petitioners") Motion for Alternative Service (the "*Motion*") and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER HEREBY ORDERED that:

1.    Petitioners ~~are authorized to~~ MUST serve Defendant Ross Fiuzi by ~~any~~ ALL of the following alternative means:

    a.    By mailing a copy of the Verified Petition to Confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Certificate of Interested Parties, and Motion for Order Granting Petition and Entry of Judgment, with its accompanying proposed Order, and this Order re: Motion for Alternative Service to Ross Fiuzi, via certified mail, at 9209 Sunnyfield Dr., Las Vegas, NV 89134, and at 2656 168th Ave. SE, Bellevue, WA 98008. Service by this means shall be complete seven days after the date of mailing.

b.   By sending a copy of the Verified Petition to Confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Certificate of Interested Parties, and Motion for Order Granting Petition and Entry of Judgment, with its accompanying proposed Order, and this Order re: Motion for Alternative Service by electronic mail to Ross Fiuzi at the following email addresses: ross@mortgage1nw.com; ross@newbridgere.com; ross@fiuzi.net. Service by this means shall be complete seven calendar days after the date of mailing.

c.   By publishing the following notice in the Nevada Legal News, a newspaper of general circulation, at least once a week for a period of four weeks:

i.   NOTICE: A VERIFIED PETITION TO CONFIRM ARBITRATION AWARD INVOLVING YOU HAS BEEN FILED. To: Ross Fiuzi, 9209 Sunnyfield Dr., Las Vegas, NV 89134. A Verified Petition to Confirm Arbitration Award involving you has been filed in the United States District Court for the District of Nevada, Case No. 2:25-cv-02186. The Verified Petition and related documents are on file with the Court, and a copy can be obtained by contacting the court clerk, or the other party's attorney: Eli Milne, Dentons Durham Jones Pinegar P.C., 1180 N. Town Center Drive, Ste. 200, Las Vegas, NV 89144.

Service by this means shall be complete on the date of the fourth publication of the foregoing notice.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE the ex parte designation from the motion (ECF No. 11) and its exhibits (ECF Nos. 11-1, 11-2) because Petitioners have not articulated the rule that permits ex parte filing as required by LR IA 7-2(b).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2026